| Fill in this information to identify the case: | |
|---|---|
| Debtor name | American Penaeid, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| North Group  Xiamen Green Field Food Ind. Co., Ltd  No.868-1 MeiHe Eight Road  Tongan District 361100 Xiamen  CHINA, | | | | | | $482,071.55 |
| Homegrown Shrimp USA  Charoen Pokphand Foods Public Co. C.P.  Tower 27 Floor 313 Silom Road  Bangrak Bangkok, 10500  THAILAND, | | | | | | $369,221.54 |
| Omni Export Services, Inc.  11350 NW 36th Terrace  Doral, FL 33178 | | | | | | $150,577.52 |
| University of Arizona  Aquaculture Pathology Lab  1117 E. Lowell Street Bldg 90, Rm 102  Tucson, AZ 85721 | | | | | | $37,670.71 |
| Magna Manufacturing/LoBoy  P.O. Box 279  Fort Walton Beach, FL 32549 | | | | | | $23,229.50 |
| Arnett's Aquatic Veterinary Services  5538 Cross Creek Dr  Colorado Springs, CO 80924-8100 | | | | | | $15,721.14 |
| Water Science Associates  13620 Metropolis Ave, Ste 110  Fort Myers, FL 33912 | | | | | | $13,200.00 |
| Center for Responsible Seafood, The  1000 Market Street  Portsmouth, NH 03801 | | | | | | $10,000.00 |

Debtor **American Penaeid, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tim Morris<br>4937 Sandpiper Drive<br>Saint James City, FL 33956 | | | | | | $2,391.93 |
| P1 Finance<br>13601 McGregor Blvd., #15<br>Fort Myers, FL 33919 | | | | | | $1,820.15 |
| Boost Creative<br>1969 S Alafaya Trail<br>Orlando, FL 32828-8732 | | | | | | $420.00 |
| PB Legacy, Inc.<br>c/o Brian M. Gargano, Esq.<br>3040 Post Oak Blvd., #1800-150<br>Houston, TX 77056 | | | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| TB Foods USA, LLC<br>c/o Brian M. Gargano, Esq.<br>3040 Post Oak Blvd., #1800-150<br>Houston, TX 77056 | | | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Fill in this information to identify the case:

Debtor name   **American Penaeid, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1.8.2025         X _/s/ Ross Horsley_____
                                  Signature of individual signing on behalf of debtor

                                  **Ross Horsley**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor